■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GILES, Appellant

Memorandum: We reject defendant's contention that County Court erred in accepting his plea of guilty to two counts of murder in the second degree. His plea was voluntarily and intelligently entered, and his factual recitation did not cast doubt upon his guilt or impliedly raise an insanity defense (see, People v Lopez, 71 NY2d 662). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Murder, 2nd Degree.) Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ.